**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| OLIVISTAR, LLC, | § | No. 2:14-cv-338 |
| Plaintiff, | § | Jury Trial Demanded |
| v. | § | |
| AMERICAN TRAFFIC SOLUTIONS, INC., | § | |
| Defendant. | § | |

**ORDER GRANTING DEFENDANT AMERICAN TRAFFIC SOLUTIONS, INC.'S
MOTION TO DISMISS**

ON THIS DAY, the Court considered Defendant American Traffic Solutions, Inc.'s Motion to Dismiss the complaint filed by Plaintiff Olivistar, LLC (the "Motion"). Having considered the Motion, any responses, and the argument of counsel, if any, the Court is of the opinion that the Motion is meritorious and should be GRANTED.

IT IS THEREFORE ORDERED that the Motion is hereby GRANTED.