**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **OLIVISTAR LLC,**<br><br>　　　　**Plaintiff,**<br><br>　**V.**<br><br>**AMERICAN TRAFFIC SOLUTIONS, INC. ET. AL.,**<br><br>　　　　**Defendant.** | **CASE NO. 2:13-CV-338<br>(CONSOLIDATED CASE)**<br><br>**CASE NO. 2:13-CV-547**<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF
TIME FOR PLAINTIFF TO COMPLY WITH PR 3-1 AND 3-2**

Before this Court is Plaintiff's, Olivistar LLC ("Olivistar"), unopposed motion for an extension of time to comply with PR 3-1 and 3-2. This Court is of the opinion that the motion should be granted. It is therefore ORDERED that Olivistar be and hereby is GRANTED an extension of time to comply with PR 3-1 and 3-2. Plaintiff shall comply with PR 3-1 and 3-2 on or before September 18, 2014.

**So ORDERED and SIGNED this 20th day of August, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

1