**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| OLIVISTAR, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 2:14-cv-338-JRG |
| | § | LEAD CASE |
| AMERICAN TRAFFIC SOLUTIONS, INC. | § | |
| | § | |
| *Defendant.* | § | |

## ORDER

Having reviewed the Stipulation of Dismissal under Fed. R. Civ. P. 41(a) filed by Plaintiff Olivistar, LLC, the Court hereby **ORDERS** that Case No. 2:14-CV-390, captioned *Olivistar, LLC v. Brickhouse Electronics, LLC*, is dismissed in its entirety, with prejudice and without costs to any party. It is further ORDERED that Defendant Brickhouse Electronics LLC's Motion to Dismiss (Dkt. No. 10) is withdrawn.

**So ORDERED and SIGNED this 20th day of August, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE